# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

JAYNER ENRIQUE VALMASEDA
SANCHEZ ,

              v.

WARDEN, CALIFORNIA CITY
CORRECTION CENTER ,

**JUDGMENT IN A CIVIL CASE**

CASE NO: **1:26–CV–03554–MWJS**

---

**Decision by the Court.** This action came before the Court. The issues have been tried, heard or decided by the judge as follows:

    **IT IS ORDERED AND ADJUDGED THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 5/12/2026 .**

ENTERED:   **May 12, 2026**          _/s/  **Keith Holland**_____
                                    Clerk of Court